STANLEY JANCIO v. NEW JERSEY SPORTSWEAR CO., INC.

February 15, 1977. Petition for certification denied.

GRACE KELLY v. THE MERCER HOSPITAL.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BARKER.

February 15, 1977. Petition for certification denied.

MARK WOOD v. DIC/UNDERHILL.

February 15, 1977. Petition for certification denied. (See 144 *N. J. Super.* 364)

STATE OF NEW JERSEY v. REANA BUYLER.

February 15, 1977. Petition for certification granted.

DEPT. OF ENVIRONMENTAL PROTECTION v. MIDLAND GLASS CO., INC.

February 15, 1977. Petition for certification denied. (See 145 *N. J. Super.* 108)